```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
ABC,                                                           :
                                                               :
                        Plaintiff,                             :
                                                               :           23-mc-255 (LJL)
        -v-                                                    :
                                                               :               ORDER
FIRST UNUM LIFE INSURANCE CO.,                                 :
                                                               :
                        Defendant.                             :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      Plaintiff requests permission to proceed under a pseudonym ("John Doe") and to file a redacted copy of the Complaint and its exhibits. The request is GRANTED without prejudice to the pseudonym being unsealed on application of Defendant or a third party. The Clerk of Court is respectfully directed to open this case under the pseudonym "John Doe" and to accept the redacted Complaint and its exhibits. This Order supersedes the Court's Order of August 1, 2023 at Dkt. No. 2.

      SO ORDERED.

Dated: August 8, 2023  
      New York, New York  

_____  
LEWIS J. LIMAN  
United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 08/08/2023